UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                          Petitioners,<br><br>          -against-<br><br>PROGRADE CONSTRUCTION, INC.,<br><br>                          Respondents. | Case No. 1:26-cv-04805 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On June 8, 2026, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **June 24, 2026**. Respondents' opposition, if any, is due on **July 8, 2026**. Petitioners' reply, if any, is due **July 15, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **June 24, 2026**, and shall file an affidavit of such service with the court no later than **June 25, 2026**.

SO ORDERED.

Dated: June 10, 2026
       New York, New York

_____
JENNIFER L. ROCHON
United States District Judge