UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioner,

-against-

PROGRADE CONSTRUCTION, INC.,

Respondent.

26 CIVIL 04805 (JLR)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and Order dated November 13, 2026, the Court GRANTS Petitioners' unopposed Petition to confirm the Award. Judgment entered in favor of Petitioners and against Respondent as follows: (a) The Award issued by the arbitrator, dated April 25, 2026, is confirmed; (b) Respondent shall immediately make its books and records available to Petitioners for purposes of an audit in compliance with the Award; (c) Respondent shall pay Petitioners $78,724.37 pursuant to the Award, pre-judgment interest thereon to accrue from April 25, 2026 at the annual rate of 8.75% amounting to total pre-judgment interest of $4,265.14; and (c) Respondent shall pay Petitioners $648.00 in attorneys' fees and $490.00 in costs arising out of this Petition; accordingly, the case is closed.

**Dated:** New York, New York
November 17, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**